UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DIANE WADE, an individual, | CIV. 16-3034 |
| Plaintiff, | |
| vs. | **DEFENDANT SANFORD MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT** |
| SANFORD MEDICAL CENTER d/b/a SANFORD USD MEDICAL CENTER, a South Dakota corporation, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant Sanford Medical Center, by and through its attorneys of record, respectfully requests this Court grant summary judgment in its favor and against Plaintiff Diane Wade, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that there is no genuine issue in dispute as to any material fact and that Sanford Medical Center is entitled to judgment as a matter of law.

This Motion is based the pleadings and attachments thereto, the exhibits attached to the Affidavit of Melissa C. Hinton, Defendant Sanford Medical Center's Statement of Undisputed Material Facts, and the accompanying Brief.

Sanford Medical Center, pursuant to D.S.D. Civ. LR 7.1(C), requests oral argument.

Dated at Sioux Falls, South Dakota, this 6th day of April, 2018.

EVANS, HAIGH & HINTON, L.L.P.

*/s/ Melissa C. Hinton*
Melissa C. Hinton
101 N. Main Avenue, Suite 213
PO Box 2790
Sioux Falls, SD 57101-2790
Telephone: (605) 275-9599
Facsimile: (605) 275-9602
Email: mhinton@ehhlawyers.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant, hereby certifies on the 6th day of April, 2018, I caused the following document:

- Defendant Sanford Medical Center's Motion for Summary Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

> Cathy K. Robinson
> Robinson, Chavez, Gardner & Kincannon, APC
> 2100 Main Street, Suite 330
> Huntington Beach, CA 92648
> Telephone: (949) 851-9111 ext. 103
> Email: cathy.robinson@rcgklaw.com
>   *Attorneys for Plaintiff*

on this 6th day of April, 2018.

> */s/    Melissa C. Hinton*
> Melissa C. Hinton