UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| DIANE WADE, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>SANFORD MEDICAL CENTER, A SOUTH DAKOTA CORPORATION,<br><br>Defendant. | 3:16-CV-03034-RAL<br><br>SUMMARY JUDGMENT FOR DEFENDANT |

For the reasons explained in the Opinion and Order Granting Defendant's Motion for Summary Judgment, it is hereby

ORDERED, ADJUDGED AND DECREED that under Rule 56 of the Federal Rules of Civil Procedure, summary judgment hereby enters for Defendant on all causes of action in Plaintiff's Complaint.

DATED this 10th day of August, 2018.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE