UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| DIANE WADE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SANFORD MEDICAL CENTER, a South Dakota Corporation d/b/a Sanford USD Medical Center,<br><br>　　　　　　Defendant. | CIV 16-3034<br><br>TAXATION OF COSTS |

On August 10, 2017, summary judgment was entered in favor of the defendant, Sanford Medical Center (Docket 37). On August 31, 2018, the defendant filed a Bill of Costs (Docket 38) and Affidavit of Melissa C. Hinton (Docket 39). No objections to the Bill of Costs have been filed.

1) Fees for transcripts:
Claimed: $1,987.77　　　Allowed: $1,987.77

The defendant claims $1,987.77 in expenses that relate to depositions taken of Diane Wade, Doug Wade and Bridget O'Brien-Johnson. Based on the Clerk's review of the Affidavit in Support of the Motion for Summary Judgement (Docket 16-1, 16-6, and 16-7), the Clerk finds that the depositions were used in support of a dispositive motion and are allowable under 28 U.S.C. § 1920.

Costs are taxed in favor of the Sandford Medical Center, defendant, and against Diane Wade, plaintiff, in the amount of $1,987.77.

Dated September 19, 2018

>	*/s/ Matthew W. Thelen*
>	Clerk
>	U.S. District Court
>	400 S. Phillips Avenue
>	Room 128
>	Sioux Falls, South Dakota 57104
>	Matt_Thelen@sdd.uscourts.gov